IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES CONNELLY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 11-cv-663-DRH |
| | ) |
| J. CROSS, | ) |
| | ) |
| Respondent. | ) |
| | ) |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

This matter is before the Court for case management. On January 31, 2012, this Court ordered petitioner to pay the $5.00 filing fee for this action no later than February 21, 2012, and warned him that failure to timely pay the fee would result in the dismissal of this case (Doc. 21). That deadline has now passed, and no payment has been received from petitioner. **IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to pay the required filing fee, pursuant to Federal Rule of Civil Procedure 41(b). Petitioner is reminded that, despite the dismissal of this action, he is still obligated to pay the district court and appellate court filing fees as previously ordered. The Clerk is **DIRECTED** to close this file.

**IT IS SO ORDERED.**

**Dated: February 29, 2012**

David R. Herndon
2012.02.29
09:47:06 -06'00'

**Chief Judge**
**United States District Court**